**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

October 26, 2010

## LETTER ORDER

**Re:** **Felix Rosario, et al. v. Manny Carillo, et al.**
 **Civil Action No. 08-4495 (PGS)**

Dear Counsel:

    The Court is in receipt of plaintiffs Felix Rosario and Maria Rosario's ("Plaintiffs") letter dated October 6, 2010 seeking leave to amend the scheduling order to permit Plaintiffs to take Newark Police Department Gary McCarthy's deposition. Having received no opposition from any of the named defendants, the Court **GRANTS** Plaintiffs' request. Plaintiffs are permitted to take Mr. McCarthy's deposition at the City of Newark Law Department for no more than three hours.

    **SO ORDERED.**

    *s/Esther Salas*
    **Esther Salas, U.S.M.J**